FILED

14 AUG 26 AM 11: 03

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>          Plaintiff, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>LUCY ROBLEDO (2), )<br>)<br>          Defendant. ) | Crim. No. 14CR1108-WQH<br><br>JUDGMENT AND ORDER GRANTING<br>MOTION TO DISMISS THE INFORMATION<br>AS TO DEFENDANT ROBLEDO WITH<br>PREJUDICE |

**ORDER**

Pursuant to the Government's Motion, IT IS HEREBY ORDERED that the Information be dismissed as to Defendant Lucy Robledo with prejudice.

SO ORDERED.

DATED: 8/22/14

_____
THE HONORABLE WILLIAM Q. HAYES
United States District Judge

1